IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN P. KOONS, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 11-2956 |
| XL INSURANCE AMERICA, INC., and GREENWICH INSURANCE COMPANY, | : |
| Defendants. | : |

**ORDER**

**AND NOW**, this 17th day of July, 2012, upon careful consideration Stephen P. Koons's motion to alter or amend the entry of summary judgment in favor of defendant Greenwich Insurance Company ("Greenwich") (document no. 42), as well as XL Insurance America, Inc., and Greenwich's opposition thereto, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

      /s/William H. Yohn Jr.
      William H. Yohn Jr., Judge