UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 12-3237
_____

STEPHEN P. KOONS
        Appellant

v.

XL INSURANCE AMERICA, INC.;
GREENWICH INSURANCE CO.

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2-11-cv-02956)
District Judge: Honorable William H. Yohn, Jr.

_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
March 19, 2013

Before: SMITH, GREENAWAY, JR., and VAN ANTWERPEN, *Circuit Judges*.

_____

JUDGMENT
_____

  This cause came to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on March 19, 2013. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the Order of the District Court entered July 17, 2012 is hereby REVERSED and REMANDED for further proceedings in accordance with the foregoing opinion of this Court.

Attest:

/s/Marcia M. Waldron
Clerk

DATED: March 25, 2013

Certified as a true copy and issued in lieu of a formal mandate on 05/08/2013

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**