**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|                                        |   |                   |
|----------------------------------------|---|-------------------|
|                                        | : |                   |
| STEPHEN P. KOONS                       | : |                   |
|                                        | : | CIVIL ACTION      |
| v.                                     | : |                   |
|                                        | : | NO. 11-cv-2956    |
| XL INSURANCE AMERICA, INC. *et al.*    | : |                   |

**O R D E R**

**AND NOW**, this 19th day of September, 2013, **IT IS HEREBY ORDERED** that:

1.   Upon consideration of Stephen P. Koons's motion for summary judgment (Document No. 51), Greenwich Insurance Company's ("Greenwich") response and Koons's reply, Koons's motion for summary judgment is **DENIED**.

2.   Upon consideration of Greenwich's motion for summary judgment (Document No. 52), Koons's response and Greenwich's reply, Greenwich's motion for summary judgment is **GRANTED**.

3.   Judgment is entered in favor of defendant Greenwich Insurance Company and against the plaintiff Stephen P. Koons.

4.   The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge