UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 13-4126

STEPHEN P. KOONS,
                              Appellant

v.

XL INSURANCE AMERICA, INC.;
GREENWICH INSURANCE COMPANY

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(No. 2:11-cv-02956)
District Judge: Honorable William H. Yohn, Jr.

Submitted Pursuant to Third Circuit LAR 34.1(a)
April 23, 2015

Before: CHAGARES, JORDAN and BARRY, Circuit Judges.

JUDGMENT

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on April 23, 2015.

On consideration whereof, it is now ORDERED and ADJUDGED by this Court that the judgment of the District Court entered September 20, 2013, be and is hereby VACATED and the case REMANDED to the District Court. Non-party Erie Insurance

Exchange's motion to substitute is hereby DENIED. All of the above in accordance with the opinion of this Court.

Attest:

s/Marcia M. Waldron
Clerk

DATED: July 28, 2015

Certified as a true copy and issued in lieu of a formal mandate on August 19, 2015

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2