IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN P. KOONS | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| XL INSURANCE AMERICA, INC. | : |
| | : |
| GREENWICH INSURANCE COMPANY | : NO. 11cv2956 |

O R D E R

**AND NOW**, this 1st day of September, 2015, in accordance with the directive of the U.S. Court of Appeals for the Third Circuit in its opinion filed July 28, 2015, **IT IS HEREBY ORDERED** that this action is **DISMISSED** as moot.

                                                                                  s/William H. Yohn Jr.
                                                                                  William H. Yohn Jr., Judge